**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PHILLIP W. PEREZ, CYNTHIA PEREZ,
LAWRENCE WHALEY and KELLY JO
WILSON WHALEY,

    Plaintiffs,

v.                                        Case No: 8:12-cv-2030-T-30EAJ

STONERIDGE, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #20).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of June, 2015.

                                                JAMES S. MOODY, JR.
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-2030 dismissal.docx